UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:26-mj-1057-RJ

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BRENDAN E. BURDINE, | **ORDER** |

This matter comes now before the court on the Government's motion to dismiss this case because of Defendant's successful completion of pretrial diversion. [DE-10]. The motion is ALLOWED, and this matter is dismissed.

So ORDERED, this 6th day of August 2026.

Robert B. Jones, Jr.
United States Magistrate Judge